IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DAVID L. JACKSON, #43739**                                **PETITIONER**

**VS.**                          **CIVIL ACTION 4:07cv140 TSL-LRA**

**WARDEN JOHNNY CROCKETT**                          **RESPONDENT**

## JUDGMENT

This matter having come on to be heard on this date upon the report and recommendation of United States Magistrate Judge Linda Randle Anderson entered in this cause on June 16, 2008, and the court, having adopted said report and recommendation as the finding of this court by order dated this day, finds that this cause should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the 8th day of July, 2008.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE